IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>TIBURCIO PINEDA-MEDINA,<br><br>　　　　*Defendant*. | No. 1:07-cr-00166 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date:　May 19, 2008<br>Time:　9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

　　　　The parties filed the following stipulation:

　　　　IT IS HEREBY STIPULATED by and between the parties hereto and through their respective counsel, IAN GARRIQUES, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, Tiburcio Pineda-Medina, that the status conference set for May 12, 2008 may be continued to May 19, 2008 at 9:00 a.m., or the soonest date thereafter convenient to the court.  **The date currently set for status conference is May 12, 2008.  The requested new date is May 19, 2008.**

　　　　A plea agreement has been reached in this matter and the pre-sentence investigation report has been completed.  However, defense counsel will be unavailable on May 12, 2008.  For this reason, it is requested that the matter be continued to allow for counsel's presence at the change of plea and sentencing.

　　　　The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation and continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

|   |   |
|---|---|
|   | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: May 8, 2008 | By /s/ Ian Garriques<br>IAN GARRIQUES<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: May 8, 2008 | By /s/ Eric V. Kersten<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>TIBURCIO PINEDA-MEDINA |

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   May 8, 2008**            /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference

2